IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TASHARA S. LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-832C |
| | ) | (Sr. Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Douglas G. Edelschick, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Douglas G. Edelschick
Douglas G. Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
Phone: (202) 353-9303
Fax: (202) 307-0972
E-mail: Douglas.Edelschick@usdoj.gov

Dated: December 13, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify under penalty of perjury that on this, 13th day of December, 2007, the foregoing "NOTICE OF APPEARANCE" was filed electronically, and I caused a copy to be placed in the United States mail (first-class, postage prepaid), addressed as follows:

Tashara S. Lee
391 County Road 840
Maplesville, AL 36750

s/Douglas G. Edelschick